## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** _____ |
| | : | |
| v. | : | **Violation:** |
| | : | |
| **INTELLIGENT DECISIONS, INC.,** | : | **18 U.S.C. § 201(c)(1)(A) (Gratuity Paid to a Public Official)** |
| | : | |
| Case: 1:14-cr-00211 | : | |
| Assigned To : Sullivan, Emmet G. | : | **18 U.S.C. § 2 (Aiding and Abetting and Causing an Act to be Done)** |
| Assign. Date : 10/10/2014 | : | |
| Description: INFORMATION (A) | | |
| Case Related to: 13-cr-081 (EGS) | | |

**I N F O R M A T I O N**

The United States Attorney charges:

From in or around January 2009 through in or around December 2009, in a continuing course of conduct, in the District of Columbia and elsewhere, the defendant, INTELLIGENT DECISIONS, INC., as a subcontractor providing information technology services for the Eighth United States Army, did, directly and indirectly, give, offer, and promise things of value to a public official, namely In Seon Lim, a Contracting Officer Technical Representative for a task on a prime contract with the Eighth United States Army, otherwise than as provided by law for the proper discharge of official duties, for and because of an official act performed and to be performed by In Seon Lim, that is INTELLIGENT DECISIONS gave, offered, and promised to In Seon Lim over $10,000 in meals, entertainment, golf outings, and golf equipment, and a vehicle worth over $30,000, for and because of Lim's official assistance to direct subcontracts to INTELLIGENT DECISIONS and Lim's provision of preferential treatment for INTELLIGENT DECISIONS with subcontracts awarded through the United States Department of the Army.

**(Gratuity Paid to a Public Official, and Aiding and Abetting and Causing an Act to be Done, in violation of Title 18, United States Code, Sections 201(c)(1)(A) and 2)**

1

                      RONALD C. MACHEN JR.
                      United States Attorney
                      In and For the District of Columbia

By: _____
      MICHAEL K. ATKINSON
      D.C. Bar No. 430517
      Assistant United States Attorneys
      Fraud and Public Corruption Section
      555 4th Street, N.W.
      Washington, D.C.   20530
      (202) 252-7817 (Atkinson)
      Michael.Atkinson2@usdoj.gov

DATED: October 10, 2014